UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMAL SOLOMAN,<br><br>        Plaintiff,<br><br>     v.<br><br>BARBARA M. SCHEPER et al.,<br><br>        Defendants. | Case No. CV 21-5621-CJC (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    The Court has reviewed the Complaint, the records on file, and Report and Recommendation of U.S. Magistrate Judge, which recommends that Defendant Barbara Scheper's motion to dismiss be granted and that the action be dismissed. No objections to the R. & R. have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

    It therefore is ORDERED that Defendant's motion to dismiss is GRANTED. Judgment is to be entered in Defendants' favor, dismissing this action.

DATED: March 4, 2022

                                                CORMAC J. CARNEY
                                                U.S. DISTRICT JUDGE