JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMAL SOLOMAN, | ) Case No. CV 21-5621-CJC (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| BARBARA M. SCHEPER et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

This action is dismissed without prejudice.

DATED: March 4, 2022

CORMAC J. CARNEY
U.S. DISTRICT JUDGE